```
                       UNITED STATES BANKRUPTCY COURT
                       FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                                    PAGE    1

                                           )    CHAPTER 13
                                           )    CASE NO.      0714129   DWS
 DONALD W THORNTON                         )
                                           )    DATE FILED:   07/18/2007
                                           )    DATE CONFIRMED: 12/13/2007
 613 NORTHAMPTON ROAD                      )    DATE CONCLUDED: 06/17/2008
 NORRISTOWN, PA  19403         DEBTOR (S)  )
                                           )
-------------------------------------------)

                       STANDING CHAPTER 13 TRUSTEE'S
                               FINAL REPORT
                       DISMISSED AFTER CONFIRMATION


    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
-------------------------------------------  -----------------------------------
                                              Amount         Paid
 Claim Creditor's Name                        Allowed       to Date    Balance Due
-------------------------------------------  -----------------------------------

 Administrative
 01   DAVID B. SPITOFSKY ESQUIRE               0.00          0.00         0.00
                                                          -------------
                                                             0.00
 SECURED
 02   MONTGOMERY CTY TAX CLM BUREAU          704.72          0.00       704.72
 03S  PENNSYLVANIA DEPT. OF REVENUE           41.69          0.00        41.69
 04   NORRISTOWN AREA SCHOOL DIST          5,481.62          0.00     5,481.62
                                                          -------------
                                                             0.00
 PRIORITY
 03P  PENNSYLVANIA DEPT. OF REVENUE        7,146.99      3,359.23     3,787.76
 05P  INTERNAL REVENUE SERVICE            11,686.81      5,493.04     6,193.77
                                                          -------------
                                                          8,852.27
 UNSECURED
 03U  PENNSYLVANIA DEPT. OF REVENUE        2,139.06          0.00     2,139.06
 05U  INTERNAL REVENUE SERVICE             5,684.89          0.00     5,684.89
 07   PECO                                 2,218.16          0.00     2,218.16
                                                          -------------
                                                             0.00
 REFUND TO DEBTOR
 999  DONALD W THORNTON                      744.50        744.50         0.00
                                                          -------------
                                                            744.50
```

```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                              PAGE    2

                                          )   CHAPTER 13
                                          )   CASE NO.      0714129  DWS
 DONALD W THORNTON                        )
                                          )     DATE FILED: 07/18/2007
                                          )   DATE CONFIRMED: 12/13/2007
 613 NORTHAMPTON ROAD                     )   DATE CONCLUDED: 06/17/2008
 NORRISTOWN, PA  19403         DEBTOR (S) )
                                          )
-----------------------------------------)

                    STANDING CHAPTER 13 TRUSTEE'S
                            FINAL REPORT
                    DISMISSED AFTER CONFIRMATION

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
------------------------------------------  ----------------------------------
                                           Amount      Paid
 Claim Creditor's Name                     Allowed    to Date      Balance Due
------------------------------------------  ----------------------------------

 DEBTOR ATTORNEY
 000 DAVID B. SPITOFSKY ESQUIRE           1,500.00   1,500.00           0.00
                                                    ------------
                                                     1,500.00
 SECURED ARREARAGES
 06   SELECT PORTFOLIO                   62,548.90       0.00       62,548.90
                                                    ------------
                                                         0.00

--------------------------------------------------------------------------
    TOTAL RECEIPTS        DISBURSED         TRUSTEE FEES      CASH ON HAND
      11,912.00          11,096.77             815.23              0.00
--------------------------------------------------------------------------
```

```
                     UNITED STATES BANKRUPTCY COURT
                     FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                              PAGE    3

                                        )     CHAPTER 13
                                        )  CASE NO.      0714129   DWS
 DONALD W THORNTON                      )
                                        )     DATE FILED: 07/18/2007
                                        )  DATE CONFIRMED: 12/13/2007
  613 NORTHAMPTON ROAD                  )  DATE CONCLUDED: 06/17/2008
 NORRISTOWN, PA    19403       DEBTOR (S)  )
                                        )
 ---------------------------------------------)

                      STANDING CHAPTER 13 TRUSTEE'S
                             FINAL REPORT
                      DISMISSED AFTER CONFIRMATION
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.


```
                              /s/ WILLIAM C MILLER
                              SUITE 583 – THE BOURSE BLDG
                              111 S INDEPENDENCE MALL E
                              PHILADELPHIA, PA   19106
```


PRINTED   06/17/08