**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donald W. Thornton<br>xxx-xx-8724<br>613 Northampton Road<br>Norristown, PA 19401<br><br>**Debtor** | : **CHAPTER 13**<br>: **CASE NO.07-14129-MDC**<br>:<br>: **HEARING DATE:**<br>: **TIME:**<br>: **LOCATION: COURT ROOM No. 2**<br>: **United States Bankruptcy Ct.**<br>: **900 Market St., 2nd Floor**<br>: **Philadelphia, PA 19106** |

<u>**ORDER**</u>

AND NOW, this _____ Day of _____ 2017, the Motion of the Debtor for Leave of Court to file a new Chapter 13 case is hereby GRANTED.

BY THE COURT:

_____
Magdeline D. Coleman
U.S. Bankruptcy Judge