**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donald W. Thornton<br>　　　xxx-xx-8724<br>　　　613 Northampton Road<br>　　　Norristown, PA 19401<br><br>　　　　　　Debtor | : **CHAPTER 13**<br>: **CASE NO.07-14129-MDC**<br>:<br>: **HEARING DATE:**<br>: **TIME:**<br>: **LOCATION: COURT ROOM No. 2**<br>: **United States Bankruptcy Ct.**<br>: **900 Market St., 2nd Floor**<br>: **Philadelphia, PA 19106** |

**CERTIFICATION OF SERVICE**

I, Michael W. Gallagher, Esquire, attorney for the Debtor, do hereby certify that on  September 11, 2017 I did serve the attached Motion for Leave of Court to file New Chapter 13 Case by electronic means (and where an email address or fax number is shown, at said number and/or email address) on the persons set forth below, at the addresses listed with each name:

William C. Miller, Esq.,
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Frederick J. Baker, Esquire
Senior Asst. U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Select Portfolio Servicing Inc.
P.O. Box 65250
Salt Lake City UP 84165-0250
866-867-3019 Fax

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346
(855)235-6787 Fax
(267)941-1015 Fax

Michael Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
michael.vagnoni@obermayer.com
Attorney for Montgomery County
Tax Claim Bureau

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946
717-783-4661 Fax

Respectfully submitted,

Dated: September 11, 2017

　/s/Michael W. Gallagher
MICHAEL W. GALLAGHER, ESQUIRE
401 West Johnson Highway
Suite 4
East Norriton PA 19401
(484)679-1488
(610)365-7919 Fax
mwglaw@msn.com
Attorney for Debtor